HCA 477/2015

# IN THE HIGH COURT OF THE
# HONG KONG SPECIAL ADMINISTRATIVE REGION
# COURT OF FIRST INSTANCE
# ACTION NO. 477 OF 2015

BETWEEN

| | |
|---|---|
| BANCO DEL AUSTRO, S.A. | Plaintiff |

and

| | |
|---|---|
| REGAL PROSPER TRADING LIMITED | 1st Defendant |
| MESTER TRADING CORPORATION CO., LIMITED | 2nd Defendant |
| JGM ASIA TELECOM LIMITED | 3rd Defendant (Discontinued) |
| JIUSHUN GROUP CO., LIMITED | 4th Defendant |
| BLOOD SCIENCE & TECHNOLOGY (HK) LIMITED | 5th Defendant |
| HOMECARE TECHNOLOGY LIMITED | 6th Defendant |
| VICREATE INDUSTRIAL (HK) CO., LIMITED | 7th Defendant |
| HK KEYU ELECTRONICS DEVELOPMENT LIMITED | 8th Defendant |
| BIAOYU ELECTRONICS (HK) CO., LIMITED | 9th Defendant |
| HONGKONG QXSF TECHNOLOGY LIMITED | 10th Defendant |
| AIWEILI IMPORT & EXPORT LIMITED | 11th Defendant |
| DEPOT TRADING LIMITED | 12th Defendant |
| AOLAIT LIGHTING CO., LIMITED | 13th Defendant |
| DING SHENG IMPORT & EXPORT LIMITED | 14th Defendant |
| DESHUNKANG IMPORT AND EXPORT LIMITED | 15th Defendant |
| HEALTHY FOOD LIMITED | 16th Defendant |

28 MAY 2015

| | |
|---|---|
| FOPOCONN ELECTRONIC (HK) CO., LIMITED | 17th Defendant |
| SIKIEYE INTERNATIONAL TRADING CO., LIMITED | 18th Defendant |
| ON TAK LUNG TRADING LIMITED | 19th Defendant |
| SAMDIMON – HK LIMITED | 20th Defendant |
| HONGMING GROUP LIMITED | 21st Defendant |
| OULONG INTERNATIONAL TRADING CO., LIMITED | 22nd Defendant |
| HONGKONG SHENGHUA TRADING CO., LIMITED | 23rd Defendant |

---

## BEFORE DEPUTY HIGH COURT JUDGE SEAGROATT IN CHAMBERS
## (NOT OPEN TO PUBLIC)

### ORDER

UPON the ex parte application of the Plaintiff.

AND UPON hearing Counsel for the Plaintiff.

AND UPON reading the 2nd Affirmation of Leung Ka Ying herein on 26 May 2015 together with exhibits thereto.

AND UPON the Plaintiff's undertakings that: -

(1) The information obtained will be used only for the purpose of proceedings (actual or contemplated) against the 5th to 23rd Defendants in Hong Kong or elsewhere;

(2) It will pay the reasonable costs of the Banks which have been incurred as a result of this Order;

(3) If the Court later finds that this Order has caused loss to the Banks (as defined below) and decides that Banks (as defined below) should be compensated for that loss, the Plaintiff will comply with any Order the Court may make; and

(4) It will issue as soon as practicable and serve the Banks (as defined below) a summons to be heard on 19 June 2015 together with a copy of the 2nd Affirmation of Leung Ka Ying and copiable exhibits containing the evidence relied on by the Plaintiff and a copy of the skeleton argument used at the application for this Order.

IT IS ORDERED THAT: -

(1) Pursuant to section 21 of the Evidence Ordinance (Cap 8), the Hong Kong and Shanghai Bank Corporation in Hong Kong ("**HSBC**") shall disclose to the Plaintiff and the Plaintiff be at liberty by themselves and/or their legal advisers and/or their forensic accountants upon 21 days' notice to inspect and take copies of all entries in all of the records used and kept in the ordinary course of business by HSBC and relating to:

(a) The bank accounts with the account numbers listed in Schedule 1 of this Order held with HSBC in the name of the respective Defendants specified therein;

(b) Any other bank account(s) held with HSBC whether solely or jointly and held in the name of the 5th to 23rd Defendants;

(c) Any other bank account(s) in respect of which any of the 5th to 23rd Defendants is/are a sole or joint signatory for the period between 1 January 2015 and the date of the Order made herein;

whether such records be written or maintained as microfilm, magnetic tape or by means of any other form of mechanical or electronic data retrieval system for the period from between 1 January 2015 and the date of the Order made herein, including but not limited to:

3

(i) all account opening forms, application forms, indemnities, counter-indemnities and mandates in whatever form;

(ii) all bank statements;

(iii) all documents and information relating to the person or persons authorised howsoever to operate such accounts including records showing the identities of such person or persons;

(iv) all correspondence passing between the HSBC and the 5th to 23rd Defendants and any other person or persons relating to such accounts;

(v) all cheques drawn on such accounts;

(vi) all credit vouchers and/or other documentation relating to funds paid into such accounts and the source of those funds;

(vii) all debit vouchers, transfer applications and orders and internal memoranda;

(viii) all documents, including SWIFT messages and/or telexes, evidencing or memorialising instructions to withdraw or transfer funds or recording or authorising payments from one account to any other accounts; and

(ix) all documents which relate to letters of credit, standby letters of credit or other documentary credits and any application[s] for and/or enquir[y/ies] regarding the same which touch upon or concern such accounts.

(2) Pursuant to section 21 of the Evidence Ordinance (Cap 8), Hang Seng Bank Limited ("**HSB**") shall disclose to the Plaintiff and the Plaintiff be at liberty by themselves and/or their legal advisers and/or their forensic accountants upon 21 days' notice to inspect and take copies of all entries in all of the records used and kept in the ordinary course of business by HSB and relating to:

4

(a) The bank accounts with the account numbers listed in Schedule 2 of this Order held with HSBC in the name of the respective Defendants specified therein;

(b) Any other bank account(s) held with HSB whether solely or jointly and held in the name of the 5th to 23rd Defendants;

(c) Any other bank account(s) in respect of which any of the 5th to 23rd Defendants is/are a sole or joint signatory for the period between 1 January 2015 and the date of the Order made herein;

whether such records be written or maintained as microfilm, magnetic tape or by means of any other form of mechanical or electronic data retrieval system for the period from between 1 January 2015 and the date of the Order made herein, including but not limited to:

(i) all account opening forms, application forms, indemnities, counter-indemnities and mandates in whatever form;

(ii) all bank statements;

(iii) all documents and information relating to the person or persons authorised howsoever to operate such accounts including records showing the identities of such person or persons;

(iv) all correspondence passing between the HSBC and the 5th to 23rd Defendants and any other person or persons relating to such accounts;

(v) all cheques drawn on such accounts;

(vi) all credit vouchers and/or other documentation relating to funds paid into such accounts and the source of those funds;

5

(vii) all debit vouchers, transfer applications and orders and internal memoranda;

(viii) all documents, including SWIFT messages and/or telexes, evidencing or memorialising instructions to withdraw or transfer funds or recording or authorising payments from one account to any other accounts; and

(ix) all documents which relate to letters of credit, standby letters of credit or other documentary credits and any application[s] for and/or enquir[y/ies] regarding the same which touch upon or concern such accounts.

(HSBC and HSB collectively defined as the "**Banks**")

(3) The Banks be restrained by injunction up to and including [date] or further order from revealing directly or indirectly, or suffering or permitting to be revealed, to the 5th to 23rd Defendants, his servants or agents the fact of the making of and compliance with the Order, or any Orders ancillary hereto, or the particulars of the documents or other information disclosed pursuant hereto;

(4) The Plaintiff do have leave to use information and documents obtained as a result of this Order for the purpose of proceedings (actual or contemplated) against the 5th to 23rd Defendants in Hong Kong or elsewhere;

(5) The costs of and occasioned by this application be to the Banks; and

(6) The parties to this action, and any person affected by this Order have liberty to apply on notice to the Plaintiff or its solicitors to vary or discharge this Order.

Dated this 27th day of May 2015

Registrar

## **SCHEDULE 1**

| Defendant Number | Defendant | Bank Name and Account Number |
|---|---|---|
| D6 | Homecare Technology Limited | HSBC ▇6-838 |
| D7 | Vicreate Industrial (HK) Co., Limited | HSBC ▇8-838 |
| D8 | HK Keyu Electronics Development Limited | HSBC ▇9-838 |
| D9 | Biaoyu Electronics (HK) Co., Limited | HSBC ▇3-838 |
| D10 | HongKong QXSF Technology Limited | HSBC ▇6-838 |
| D11 | Aiweili Import & Export Limited | HSBC ▇4-838 |
| D12 | Depot Trading Limited | HSBC ▇6-838 |
| D13 | Aolait Lighting Co., Limited | HSBC ▇9-838 |
| D14 | Ding Sheng Import & Export Limited | HSBC ▇8-838 |
| D15 | Deshunkang Import and Export Limited | HSBC ▇4-838 |
| D16 | Healthy Food Limited | HSBC ▇3-201 |
| D17 | Fopoconn Electronics (HK) Co., Limited | HSBC ▇2-838 |
| D18 | Sikieye International Trading Co., Limited | HSBC ▇7-838 |
| D19 | On Tak Lung Trading Limited | HSBC ▇1-274 |
| D20 | Samdimon – HK Limited | HSBC ▇1-201 |
| D21 | Hongming Group Limited | HSBC ▇2-838 |
| D22 | Oulong International Trading Co., Limited | HSBC ▇4-838 |
| D23 | Hongkong Shenghua Trading Co., Limited | HSBC ▇6-838 |

## SCHEDULE 2

| Defendant Number | Defendant | Bank Name and Account Number |
|---|---|---|
| D5 | Blood Science & Technology (HK) Limited | Hang Seng Bank Ltd ███████7883 |

HCA 477/2015

# IN THE HIGH COURT OF THE
# HONG KONG SPECIAL ADMINISTRATIVE REGION
# COURT OF FIRST INSTANCE
# ACTION NO. 477 OF 2015

BETWEEN

| | |
|---|---|
| BANCO DEL AUSTRO, S.A. | Plaintiff |

and

| | |
|---|---|
| REGAL PROPSER TRADING LIMITED | 1st Defendant |
| MESTER TRADING CORPORATION CO., LIMITED | 2nd Defendant |
| JGM ASIA TELECOM LIMITED | 3rd Defendant (Discontinued) |
| JIUSHUN GROUP CO., LIMITED | 4th Defendant |
| BLOOD SCIENCE & TECHNOLOGY (HK) LIMITED | 5th Defendant |
| HOMECARE TECHNOLOGY LIMITED | 6th Defendant |
| VICREATE INDUSTRIAL (HK) CO., LIMITED | 7th Defendant |
| HK KEYU ELECTRONICS DEVELOPMENT LIMITED | 8th Defendant |
| BIAOYU ELECTRONICS (HK) CO., LIMITED | 9th Defendant |
| HONGKONG QXSF TECHNOLOGY LIMITED | 10th Defendant |
| AIWEILI IMPORT & EXPORT LIMITED | 11th Defendant |
| DEPOT TRADING LIMITED | 12th Defendant |
| AOLAIT LIGHTING CO., LIMITED | 13th Defendant |
| DING SHENG IMPORT & EXPORT LIMITED | 14th Defendant |
| DESHUNKANG IMPORT AND EXPORT LIMITED | 15th Defendant |

| | |
|---|---|
| HEALTHY FOOD LIMITED | 16th Defendant |
| FOPOCONN ELECTRONIC (HK) CO., LIMITED | 17th Defendant |
| SIKIEYE INTERNATIONAL TRADING CO., LTD | 18th Defendant |
| ON TAK LUNG TRADING LTD | 19th Defendant |
| SAMDIMON – HK LIMITED | 20th Defendant |
| HONGMING GROUP LIMITED | 21st Defendant |
| OULONG INTERNATIONAL TRADING CO., LTD | 22nd Defendant |
| HONGKONG SHENGHUA TRDING CO., LTD | 23rd Defendant |

---

**ORDER**

---

Dated the 27th day of May 2015
Filed the 28th day of May 2015

**SQUIRE PATTON BOGGS**
Solicitors for the Plaintiff
29th Floor, Edinburgh Tower
The Landmark
15 Queen's Road Central, Hong Kong
Tel: 2509 9977
Fax: 2509 9772
Ref: NC/CL/113826.00001