UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-mc-22249-JAL

In Re: Request from Banco Del Austro, S.A., pursuant to 28 U.S.C. Section 1782(a), (Section 1782) for assistance in the gathering of evidence in aid of judicial proceedings

Respondent:
**UBS AG**
c/o Campbell Law Firm PLLC

Bancolombia Puerto Rico International, Inc.
  _____

## NOTICE OF MEDIATION IMPASSE

The undersigned served as Mediator at the mediation held on April 18, 2016, and hereby certifies that the parties have reached an **impasse** in their negotiations.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2016 I electronically served the foregoing document via electronic mail.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, this via transmission of Notices of Electronic Filing generated by CM/ECF or in some on this authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully Submitted:

**s/ Juan Ramirez, Jr.**
Florida Bar No.: 201952
jramirez@adrmiami.com
DIAZ, REUS & TARG, LLP
3400 Miami Tower
100 Southeast 2nd Street
Miami, Florida 33131
Tel: (305) 375-9220
Fax: (305) 375-8050

## SERVICE LIST

**Grant Stanton Smith**
VIVANCO , VIVANCO
80 SW 8TH STREET
SUITE 2000
MIAMI, FL 33130
305 423 7121
Email: gsmith@vivancoyvivanco.com

**Dennis Michael Campbell**
Campbell Law Firm, PLLC
95 Merrick Way
Suite 514
Coral Gables, FL 33134
305-444-6040
Fax: 305-444-6041
Email: dcampbell@campbelllawfirm.net

**Alejandro Jose Cepeda-Diaz**
McConnell Valdes, LLC
P.O. Box 364225
San Juan, PR 00936
787-759-9292
Email: ajc@mcvpr.com